IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CECIL CHANCELLOR,** | : | **CASE NO. C-3-08-CV-94** |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | |
| **CITY OF DAYTON, et al.,** | : | **ORDER EXTENDING SUMMARY JUDGMENT** |
| | :` | **DEADLINE** |
| Defendants. | : | |

_____

Upon the request of the parties at the September 22, 2009 status conference, this Court hereby grants an extension of time to file for summary judgment until and including November 6, 2009.

SO ORDERED this Twenty-Third day of September, 2009:

s/Thomas M. Rose
_____
HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE

Copies to: John C. Musto, Esq. and Michael Thompson, Esq.